[No. 50425-8-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DEROND LEE POTTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10780-8, Douglass A. North, J., entered May 6, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 50575-1-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEROY WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07143-9, Glenna Hall, J., entered May 16, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Ellington, J.

[No. 50747-8-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC J. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04392-3, Glenna Hall, J., entered July 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50990-0-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WESLEY CRAMER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03608-9, Donald D. Haley, J., entered August 23, 2002. *Affirmed* by unpublished per curiam opinion.